SEC.

**WAL MART**

SOCIAL SECURITY   Benton   AR 72716

FAZLUL HAQUE                    01WS

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO TOTAL | | TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | XXXXXX5877 | FEDERAL TAX | 4746 | 16383 |
| | | | | | SOCIAL SECURITY | 7093 | 22936 |
| | | | | | INS STD | 1120 | 3609 |
| REGULAR EARNING | 118800 | 7991 | 94933 | 284906 | INS LTD-HOURLY | 608 | 1960 |
| OVERTIME EARN | 179199 | 02 | 36 | 1976 | INS MED U | 4320 | 12731 |
| HOLIDAY PAY | | 00 | | 19008 | INS DEN U   * | 300 | 900 |
| CO STK CONT | | | 825 | 13650 | INS AD&D U   * | 66 | 203 |
| SUNDAY PREMIUM | 10000 | 1612 | 1612 | 52894 | 401K   * | 14487 | 46677 |
| WRKDHRS | | 7993 | | | PERS HRS AVAIL | 16029 | 00 |
| VAC HRS AVAIL | | 7200 | | | CO STK CONT | 825 | 13650 |
| SICK HRS AVAIL | | 19200 | | | STOCK PURCH | 5500 | 91000 |
| | | | | | SAMS ADVAN CRD | 153 | 459 |
| | | | | | CHECK DEPOSIT | 58188 | 188821 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | DEPOSIT NO. | AMT OF DEPOSIT |
|---|---|---|---|---|---|---|
| 97406 | 11839 | 27379 | 58188 | 01-19-2008 | 120585054 | 58188 |
| 313654 | 39319 | 85514 | 188821 | 02-01-2008 | | |

STATEMENT OF EARNINGS AND DEDUCTIONS  •  DETACH AND RETAIN FOR YOUR RECORDS

---

C052733

FAZLUL HAQUE                    01WS

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO TOTAL | | TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | XXXXXX5877 | FEDERAL TAX | 4754 | 11637 |
| | | | | | SOCIAL SECURITY | 7100 | 15843 |
| | | | | | INS STD | 1121 | 2489 |
| REGULAR EARNING | 118800 | 7991 | 94933 | 189973 | INS LTD-HOURLY | 609 | 1352 |
| OVERTIME EARN | 179283 | 03 | 54 | 1940 | INS MED U | 4320 | 8411 |
| HOLIDAY PAY | | 00 | | 19008 | INS DEN U   * | 300 | 600 |
| CO STK CONT | | | 825 | 12825 | INS AD&D U   * | 66 | 137 |
| SUNDAY PREMIUM | 10000 | 1687 | 1687 | 36774 | 401K   * | 14501 | 32190 |
| WRKDHRS | | 7994 | | | PERS HRS AVAIL | 15937 | 00 |
| VAC HRS AVAIL | | 7200 | | | CO STK CONT | 825 | 12825 |
| SICK HRS AVAIL | | 19200 | | | STOCK PURCH | 5500 | 85500 |
| | | | | | SAMS ADVAN CRD | 153 | 306 |
| | | | | | CHECK DEPOSIT | 58250 | 130633 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | DEPOSIT NO. | AMT OF DEPOSIT |
|---|---|---|---|---|---|---|
| 97499 | 11854 | 27395 | 58250 | 01-05-2008 | 119918409 | 58250 |
| 216248 | 27480 | 58135 | 130633 | 01-18-2008 | | |

---

FAZLUL HAQUE                    01WS

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO TOTAL | | TAXES/DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | XXXXXX5877 | FEDERAL TAX | 6883 | 6883 |
| | | | | | SOCIAL SECURITY | 8743 | 8743 |
| | | | | | INS STD | 1368 | 1368 |
| REGULAR EARNING | 118800 | 8000 | 95040 | 95040 | INS LTD-HOURLY | 743 | 743 |
| OVERTIME EARN | 179223 | 04 | 72 | | INS MED U | 4091 | 4091 |
| OVERTIME EARN | 179627 | 101 | 1814 | 1886 | INS DEN U   * | 300 | 300 |
| HOLIDAY PAY | 118800 | 1600 | 19008 | 19008 | INS AD&D U   * | 71 | 71 |
| CO STK CONT | | | 825 | 12000 | 401K   * | 17689 | 17689 |
| SUNDAY PREMIUM | 10000 | 1990 | 1990 | 1990 | PERS HRS AVAIL | 15845 | 00 |
| WRKDHRS | | 8105 | | | CO STK CONT | 825 | 12000 |
| VAC HRS AVAIL | | 7200 | | | STOCK PURCH | 5500 | 80000 |
| SICK HRS AVAIL | | 19200 | | | SAMS ADVAN CRD | 153 | 153 |
| | | | | | CHECK DEPOSIT | 72383 | 72383 |

DEDUCTIONS REFLECT PARTIAL PREMIUMS FOR 2007 & 2008 COVERAGES.

| EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | DEPOSIT NO. | AMT OF DEPOSIT |
|---|---|---|---|---|---|---|
| 118749 | 15626 | 30740 | 72383 | 12-22-2007 | 119254369 | 72383 |
| 118749 | 15626 | 30740 | 72383 | 01-04-2008 | | |

WASHINGTON MUTUAL        CHECK  DEPOSIT
                                      705.53

01 WS 2151 01   0911 H2151
FAZLUL HAQUE               DATE
8110 SUNRISE LKS BLVD #111   04-03-2008
SUNRISE FL  33322         ADVICE NUMBER
                          123306510

## THIS IS NOT A CHECK

## PAYROLL ADVICE ONLY - NON NEGOTIABLE

WASHINGTON MUTUAL        CHECK  DEPOSIT
                                   1,087.35

01 WS 2151 01   0911 H2151
FAZLUL HAQUE               DATE
8110 SUNRISE LKS BLVD #111   03-20-2008
SUNRISE FL  33322         ADVICE NUMBER
                          122620505

## THIS IS NOT A CHECK

## PAYROLL ADVICE ONLY - NON NEGOTIABLE

WASHINGTON MUTUAL        CHECK  DEPOSIT
                                   952.14

01 WS 2151 01   0911 H2151
FAZLUL HAQUE               DATE
8110 SUNRISE LKS BLVD #111   03-06-2008
SUNRISE FL  33322         ADVICE NUMBER
                          121932494

## THIS IS NOT A CHECK

FAZLUL HAQUE                        01WS          FEDERAL TAX          6189      52172
                            XXXXXX5877  SOCIAL SECURITY     7035      57498
                                        INS STD             1112       9029
REGULAR EARNING 118800    7995   94981   607793INS LTD-HOURLY   604    4903
OVERTIME EARN   179217      02      36     2155INS MED U    *   4320   30011
OVERTIME/INCT                       00      427INS DEN U    *    300    2100
MY$HARE INCT                        00    81876INS AD&D U   *     66     467
VAC    PAY                          00    47520401K         *     00   61162
HOLIDAY PAY                         00    19008PERS HRS AVAIL  15599     00
CO STK CONT                        825    16950CO STK CONT       825  16950
PERSONAL TIME                       00     9504STOCK  PURCH     5500 113000
SUNDAY PREMIUM   10000     815     815    10132SAMS ADVAN CRD    153   1071
WRKDHRS                   7997                  CHECK  DEPOSIT  70553 521502
VAC HRS AVAIL            3200
SICK HRS AVAIL         19200

SAVE AN ADDITIONAL 10% ON EYEWEAR ALL YEAR AT WAL-MART & SAM'S
     96657      13224     12880      70553   03-15-2008  123306510  |  70553
    784190     109670    153018     521502   03-28-2008  DEPOSIT NO. AMT OF DEPOSIT

---

FAZLUL HAQUE                        01WS          FEDERAL TAX         13770      45983
                            XXXXXX5877  SOCIAL SECURITY    10903      50463
                                        INS STD             1698       7917
REGULAR EARNING 118800    3994   47449   512812INS LTD-HOURLY   922    4299
OVERTIME EARN                       00     2119INS MED U    *   4320   25691
OVERTIME/INCT                      163      427INS DEN U    *    300    1800
MY$HARE INCT                     50436    81876INS AD&D U   *     66     401
VAC    PAY      118800     4000   47520    47520401K        *     00   61162
HOLIDAY PAY                         00    19008PERS HRS AVAIL  15506     00
CO STK CONT                        825    16125CO STK CONT       825  16125
PERSONAL TIME                       00     9504STOCK  PURCH     5500 107500
SUNDAY PREMIUM   10000     799     799     9317SAMS ADVAN CRD    153    918
WRKDHRS                   3994                  CHECK  DEPOSIT 108735 450949
VAC HRS AVAIL            3200
SICK HRS AVAIL         19200

NOMINATE ASSOCIATES FOR AWARD FOR ETHICAL COURAGE ON THE WIRE
    147192      24673     13784     108735   03-01-2008  122620505  |  108735
    687533      96446    140138     450949   03-14-2008  DEPOSIT NO. AMT OF DEPOSIT

---

FAZLUL HAQUE                        01WS          FEDERAL TAX         11085      32213
                            XXXXXX5877  SOCIAL SECURITY     9531      39560
                                        INS STD             1490       6219
REGULAR EARNING 118800    7998   95016   465363INS LTD-HOURLY   809    3377
OVERTIME EARN   179192      08     143     2119INS MED U    *   4320   21371
OVERTIME/INCT                      264      264INS DEN U    *    300    1500
MY$HARE INCT                     31440    31440INS AD&D U   *     66     335
HOLIDAY PAY                         00    19008401K         *     00   61162
CO STK CONT                        825    15300PERS HRS AVAIL  15414     00
PERSONAL TIME                       00     9504CO STK CONT       825  15300
SUNDAY PREMIUM   10000    1605    1605     8518STOCK  PURCH     5500 102000
WRKDHRS                   8006                  SAMS ADVAN CRD    153    765
VAC HRS AVAIL            7200                   CHECK  DEPOSIT  95214 342214
SICK HRS AVAIL         19200

SAVE 10% ON EYEWEAR ALL YEAR AT VISION CENTERS & SAM'S OPTICAL
    129293      20616     13463      95214   02-16-2008  121932494  |  95214